## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

CHINA NATIONAL BUILDING MATERIAL )
INVESTMENT CO. LTD (fka BND CO., LTD.) )
vs )            Case No. A09CA488SS
  )
  )
BNK INTERANTIONAL LLC. )

## RETURN

**Came to hand:**   06/30/2009   , at   09:00   o'clock   A.M.

- Summons in a Civil Action
- China National Building Material Investment Co. Ltd.'s Application and Motion to confirm a Foreign Arbitration Award

**Executed on:** 7-6 , at 2:56 o'clock pm

**Executed at:** 9102 Country Canyon Cove, Austin, Tx - 78759

**County of:** travis

By delivering to **BNK INTERNATIONAL, LLC by delivering to** Jeffray J. Chang, Reg Agt. in person, a true copy of the above specified civil process having first endorsed on such copy the date of delivery.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit.

Authorized Person: ~~SCH2366~~ SCH1440
**Assured Civil Process Agency**
**600 Sabine, Suite 100, Austin, TX 78701**

STATE OF TEXAS     }

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named Authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.  Given under my hand and seal of office on this the 6th day of July , 2009.

DANA L. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2012

**Notary Public Signature**