**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| CHINA NATIONAL BUILDING MATERIAL INVESTMENT CO., LTD § § § | |
| *Plaintiff*, § § | |
| v. § | CIVIL ACTION AO9CA 488 SS |
| § | |
| BNK INTERNATIONAL LLC, § § § | |
| *Defendant*. § | |

**AMENDED CERTIFICATE OF SERVICE**
**FOR NOTICE OF BANKRUPTCY**

I hereby certify that the foregoing "Notice of Bankruptcy" pleading was served to the following counsel of record by electronic service through the Court's CM/ECF system on this the 4th day of November, 2010:

Mr. R. Brandon Bundren

Mr. Thomas W. Sankey

Duane Morris, LLP

1330 Post Oak Blvd., Suite #800

Houston, Texas 77056

/s/Brent A. Devere
Brent A. Devere

1